**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MICHAEL GRANT on Behalf of Himself and on Behalf of All Others Similarly Situated,** § § § § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 4:23-cv-00290** |
| v. § § | |
| **VES GROUP, INC. and MAXIMUS, INC.,** § § § | |
| Defendants. § | |

## STATUS NOTICE

Plaintiff Michael Grant and Defendants VES Group, Inc. and Maximus, Inc., hereinafter referred to as the Parties, file this Status Notice to provide the Court with an update on the status of the Settlement. An updated total of 15 out of 2,655 class members excluded themselves from the Settlement. Although 5 came after the approval of this settlement, these exclusions were timely post marked, and the Parties have agreed to treat these exclusions as timely. There are no objectors to the settlement.

Additionally, the Parties have calculated the following timeline for disbursement based on the June 28, 2023, Order granting final approval (DE 17):

| | |
|---|---|
| 6/28/2023 | Final Approval Granted |
| 7/28/2023 | Effective Date – *if there are no objections* *(30 days after the Court has entered a final approval order – pg. 3 of the Settlement Agreement, exhibit A to Doc. No. 6)* |
| 8/18/2023 | Settlement Funds Due *(15 business days after Final Approval Order and the time for **appeal\*** has expired - pg. 11 of SA) \*appeal period is 30 days after the final judgment was signed* |
| 8/23/2023 | Disbursement Date |

|  | *(Within 5 days of funding of the Settlement Account – pg. 12 of SA)* |
|---|---|
| 2/19/2024 | Check Cashing Deadline<br>*(180 days – pg. 12 of SA)* |
| 4/4/2024 | Remain Monies to Cy Pres<br>*(within 45 days after the close of the check cashing period – pg. 12 of SA)* |

                                                   Respectfully submitted,

                                                   SOSA-MORRIS NEUMAN, PLLC

                                                   By: /s/ John Neuman
                                                   John Neuman
                                                   JNeuman@smnlawfirm.com
                                                   State Bar No. 24083560
                                                   Beatriz-Sosa Morris
                                                   SOSA-MORRIS NEUMAN, PLLC
                                                   BSosaMorris@smnlawfirm.com
                                                   Texas State Bar No. 24076154
                                                   5612 Chaucer Drive
                                                   Houston, Texas 77005
                                                   Telephone: (281) 885-8630
                                                   Facsimile: (281) 885-8813

                                         ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS

EPSTEIN BECKER & GREEN, P.C.

By:  /s/ Greta Ravitsky
Greta Ravitsky
Bar No. 24058063
700 Louisiana Street
Suite 3950
Houston, Texas 77002
Telephone: 713.300.3215
Fax: 713.300.3235
Gravitsky@ebglaw.com

Jeffrey H. Ruzal
 (Admitted *pro hac vice*)
875 Third Ave.
New York, NY 10022
Telephone:  212.351.3762
Fax:  212.878.8600
JRuzal@ebglaw.com

COUNSEL FOR DEFENDANTS MAXIMUS, INC. AND VES GROUP, INC.

## CERTIFICATE OF SERVICE

    I certify that I filed this Notice on July 17, 2023, through the Southern District of Texas ECF system which will provide a copy to all Counsel of record.

                           */s/ John Neuman*
                           John Neuman